# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE MYERESS,<br>9574 Knights Bridge Circle<br>Sarasota, FL 34238 | : <br> : <br> : <br> : |
| Plaintiff, | :     Civil Action No.: |
| v. | : <br> :     COMPLAINT AND JURY <br> :     DEMAND |
| PROAM DANCE TEAM NYC LLC,<br>244 West 54th Street<br>New York, NY 10019 | : <br> : <br> : <br> : |
| Defendant. | : <br> : <br> : |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, JOE MYERESS ("Myeress" or "Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against PROAM DANCE TEAM NYC LLC ("ProAm" or "Defendant"), alleging as follows:

## PARTIES

1. Myeress is an experienced commercial and fine art photographer of thirty (30) years. Myeress has also worked as a product photographer for clients such as Tiger Direct, CompUSA, and Circuit City. Myeress previously served in The United States Navy as a photographer for five (5) years. Myeress was one of ten chosen military photographers to photograph President George H. Bush's Inauguration, and his images of this event have

become part of the National Archives. Myeress also photographed the Summit at the White House between President George Bush and President Mikhail Gorbachev of the Soviet Union. Myeress has worked in different areas of photography including architecture, weddings, models, landscapes, concerts, sports, and tabletop. Myeress has won many awards, both local and national, and his photographs have been published in magazines and newspapers across the country. Myeress sells high-quality prints of his images at the website, www.fineartamerica.com/profiles/joe-myeress.html. Myeress retains all copyrights to his photographs. Myeress licenses his copyrighted works, such as the one in this case, for commercial use. Myers also owns and operates the website, www.newphotoeveryday.com. Myeress resides in Sarasota, Florida.

2. On information and belief, Defendant is a Limited Liability Company existing under the laws of the the state of New York, with headquarters in New York, New York. Defendant is a dance company for amateurs and professionals that performs at NBA, WNBA, and NHL games throughout the United States. Defendant organizes teams based in certain cities, including Washington, D.C. Defendant's team based in Washington, D.C. is "TeamDC."[1] TeamDC regularly performs at Washington Wizards and Washington Mystics home games at Capital One Arena, located in downtown Washington, D.C.

JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

---

[1] https://www.proamdanceteam.com/teamdc

4.   This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

5.   This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

6.   Defendants is subject to personal jurisdiction in the District of Columbia.

7.   Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

8.   In October 2009, Myeress created a high dynamic range photograph (HDR) depicting the American Airlines Arena in Miami, Florida entitled "aaa_nite" ("Copyrighted Photograph"). [EXHIBIT 1]. The Copyrighted Photograph combines three separate exposures (over exposure, under exposure, and normal exposure) and required approximately five hours to capture, process, and complete.

9.   Myeress is the sole copyright holder of the Copyrighted Photograph and has never entered into an agreement with an individual, business, or other entity to transfer or share copyright in the Copyrighted Photograph.

10.  On or about February 2, 2012, Myeress posted the Copyrighted Photograph to the following URL: www.newphotoeveryday.com/aaa-american-airlines-arena (Last visited January 5, 2018). [EXHIBIT 2].

11. Myeress attached the text, "Joe Myeress Photography," to the bottom right corner of the Copyrighted Photograph. [EXHIBIT 2 and 3].

12. On April 8, 2015, Myeress registered the Copyrighted Photograph with the United States Copyright Office and received the registration number VA 1-955-450. [EXHIBIT 4].

13. Beginning on or about September 1, 2016, Defendant copied and uploaded the Copyrighted Photograph to social media websites under Defendant's control, including Facebook, Instagram, and DanceDeets (together "Social Media Websites") [EXHIBIT 5].

14. Before Defendant copied and uploaded the Copyrighted Photograph to social media websites under Defendant's control, Defendant cropped out Myeress's name from the bottom right corner of the Copyrighted Photograph.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

15. Myeress incorporates herein by this reference each and every allegation contained in each paragraph above.

16. Myeress is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to the Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

17. Among the exclusive rights granted to Myeress under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

18. Myeress is informed and believes that Defendant, without the permission or consent of Myeress, has copied and posted the Copyrighted Photograph to Social Media Websites under the control of Defendant. In doing so, Defendant violated Myeress's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Myeress's copyright and exclusive rights under copyright.

19. Myeress is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Myeress.

20. As a result of Defendant's infringement of Myeress's copyright and exclusive rights under copyright, Myeress is entitled to actual or statutory damages, pursuant to 17 U.S.C. § § 504(b) and (c) for Defendant's infringement of the Copyrighted Photograph.

<u>COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202</u>

21. Myeress incorporates herein by this reference each and every allegation contained in each paragraph above.

22. Myeress is informed and believes that Defendant, without the permission or consent of Myeress, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Myeress's Copyrighted Photograph before uploading the Copyrighted Photograph to Social Media Websites. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

23. As a result of Defendant's actions, Myeress is entitled to statutory damages pursuant to 17 U.S.C. § 1203(c). Myeress is further entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Myeress prays for judgment against Defendant as follows:

A.  Declaring that Defendant's unauthorized conduct violates Myeress's rights under the Federal Copyright Act;

B.  Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Myeress's Copyrighted Photograph without consent or otherwise infringing Myeress's copyright or other rights in any manner;

C.  Ordering Defendant to account to Myeress for all gains, profits, and advantages derived by Defendant by their infringement of Myeress's copyright or such damages as are proper, and since Defendant intentionally infringed Myeress's copyright, for the maximum allowable statutory damages for each violation;

D.  Awarding Myeress actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.  Awarding Myeress his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Myeress such other and further relief as is just and proper.

<u>JURY DEMAND</u>

Myeress hereby demands a trial by jury on all claims for which there is a right to jury trial.


Dated: January 17, 2018


___/s/____*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-955-450

**Effective Date of Registration:**
April 08, 2015

### Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Joe Myeress 2009, Published approx. Jan. 03, 2009 to Nov. 07, 2009; 59 photos. |
| **Content Title:** | IMG_0997 (published January 03, 2009); IMG_1038b, IMG_1063, IMG_1002b, IMG_1011, IMG_1082b2, IMG_1036, IMG_1082b (published approx. January 03, 2009); IMG_0241_2_3, IMG_0384, IMG_0389, IMG_0390, IMG_0390b, IMG_0398, IMG_0405, IMG_0408, IMG_0413, IMG_0420, aaa_nite, IMG_3145, IMG_3138, blueprint, IMG_0219, IMG_0221_2_3, IMG_0221_2_3c, IMG_0240, IMG_3146 (published approx. March 01, 2009); IMG_3277_5_6b, IMG_3264 (published approx. March 21, 2009); IMG_0335b, IMG_0338 (published approx. April 01, 2009); IMG_3628 (published approx. May 16, 2009); IMG_0850, IMG_0822, IMG_0572, IMG_0850_1_2b, IMG_0834 (published approx. August 01, 2009); IMG_0959c, IMG_0991, IMG_0984b, IMG_0965, IMG_0959d_4x6 (published approx. September 01, 2009); IMG_1210b, IMG_1605b, IMG_1692, IMG_1698, IMG_1734, IMG_1800, IMG_1801, IMG_1801b, IMG_1825b, IMG_1870b, IMG_1876, IMG_1884, IMG_1916-2, IMG_1951b, IMG_1967 (published approx. October 15, 2009); IMG_2040, IMG_2117b (published approx. November 07, 2009). |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | January 03, 2009 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Joe Myeress |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1963 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joe Myeress<br>21 St John Ct, Bogart, GA 30622, United States |

Page 1 of 2

EXHIBIT 5







